THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVERNOOK VALLEY MILK LLC, a Washington limited liability company, *et al.*,<br><br>    Plaintiffs,<br>        v.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, and CHRIS THIELBAR, a resident of the State of Washington,<br><br>    Defendant. | CASE NO. C19-1580-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order to dismiss Defendant Chris Thielbar from this action (Dkt. No. 26). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. All claims, crossclaims, and counterclaims by or directed against Defendant Chris Thielbar are dismissed, and Defendant Chris Thielbar is DISMISSED as a party to this lawsuit.

//

//

//

DATED this 12th day of August 2020.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk