THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EVERNOOK VALLEY MILK LLC, a Washington limited liability company; MARVIN HOEKEMA, an individual; and JEREMY HOEKEMA, an individual,<br><br>     Plaintiffs,<br> v.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation doing business in Washington; and CHRIS THIELBAR, a resident of the State of Washington,<br><br>     Defendants. | CASE NO. C19-1580-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for relief from pretrial deadlines (Dkt. No. 33). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion (Dkt. No. 33) and ORDERS:

1. The mediation deadline is extended to November 12, 2020 to allow the parties to complete the scheduled mediation with Colleen Barrett;

2. The discovery deadline is extended to December 4, 2020 to allow the parties to

complete the following depositions only:

    a. The deposition of Dan Thenell;

    b. The Fed. R. Civ. P. 30(b)(6) deposition of Country Mutual Insurance Company on certain limited topics after CMIC's motion for a protective order is resolved;

    c. The Fed. R. Civ. P. 30(b)(6) deposition of Evernook Valley Milk, LLC; and

    d. The depositions of both parties' expert witnesses;

3. The dispositive motions deadline is December 9, 2020;

4. Response briefs to dispositive motions are due December 21, 2020; and

5. Reply briefs for dispositive motions are due December 31, 2020.

DATED this 9th day of October 2020.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Tomas Hernandez<br>
Deputy Clerk