THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVERNOOK VALLEY MILK LLC, a Washington limited liability company; MARVIN HOEKEMA, an individual; and JEREMY HOEKEMA, an individual,<br><br>            Plaintiffs,<br>    v.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation doing business in Washington; and CHRIS THIELBAR, a resident of the State of Washington,<br><br>            Defendants. | CASE NO. C19-1580-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for relief from the deadline for expert reports (Dkt. No. 41). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion (Dkt. No. 41) and ORDERS that the deadline to disclose expert reports is extended to November 25, 2020. The trial date and all other pretrial deadlines remain the same.

//

1 | DATED this 16th day of November 2020.

<u>William M. McCool</u><br>
Clerk of Court<br>
<br>
<u>s/Paula McNabb</u><br>
Deputy Clerk