THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVERNOOK VALLEY MILK LLC, a Washington limited liability company; MARVIN HOEKEMA, an individual; and JEREMY HOEKEMA, an individual,<br><br>                    Plaintiffs,<br><br>          v.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation doing business in Washington; and CHRIS THIELBAR, a resident of the State of Washington,<br><br>                    Defendants. | CASE NO. C19-1580-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the notice of settlement (Dkt. No. 43) filed by Defendant Country Mutual Insurance Company. The parties have reached a settlement in principle and intend to file a stipulated dismissal within 60 days. (*See id*. at 1.) Accordingly, the Court VACATES the trial date and all pending case management deadlines. The Clerk is DIRECTED to terminate all pending motions and statistically close this case pending the anticipated filing by the parties of a stipulated order of dismissal.

1  DATED this 23rd day of November 2020.

2  William M. McCool
   Clerk of Court

3

4  s/Paula McNabb
   Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C19-1580-JCC
PAGE - 2