THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVERNOOK VALLEY MILK LLC, a Washington limited liability company; MARVIN HOEKEMA, an individual; and JEREMY HOEKEMA, an individual,<br><br>                    Plaintiffs,<br>    v.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation doing business in Washington; and CHRIS THIELBAR, a resident of the State of Washington,<br><br>                    Defendants. | CASE NO. C19-1580-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and order of dismissal of all claims with prejudice (Dkt. No. 45). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Here, all parties that have appeared stipulate that all claims, including all counterclaims, shall be dismissed with prejudice and without costs to the parties. (Dkt No. 45.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-

1  executing. All claims in this action are DISMISSED with prejudice and without award of costs
2  or fees to any party. The Clerk is directed to CLOSE this case.
3      DATED this 10th day of December 2020.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk